FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS MUNIZ,<br><br>Defendant. | No. 4:17-CR-06014-WFN-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 523)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 523**. Specifically, Defendant requests permission to travel with his family to Seattle from July 17, 2019 to July 20, 2019.

Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. Further, United States Probation advises that it is not aware of any violations of Defendant's pretrial release.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 523**, is **GRANTED**. Defendant is permitted to travel to Seattle, Washington leaving July 17, 2019 and returning July 20, 2019. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

///

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 16, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2